JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 649 -- In re E.F. Hutton Banking Practices Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/05/23 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS AND CERT. OF SERVICE -- E.F. Hutton Group Inc. and E.F. Hutton & Co. Inc. -- SUGGESTED TRANSFEREE DISTRICT: S.D. NEW YORK SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 85/05/31 | | APPEARANCES: STANLEY M. GROSSMAN, ESQ. for Chaim Mandelbaum; RICHARD D. GREENFIELD, ESQ. for Melville A. Carty, et al.; GLEN DEVALERIO for Robert Strougo; BERTRAM BRONZAFT, ESQ. for Irwin Walkenfeld; SHERRIE R. SAVETT, ESQ. for Fred DePalma; MARTIN H. PHILIP, ESQ. for George M.D. Richards, et al., and Thomas F. Curnin, Esq. for E.F. Hutton Group, Inc., E.F. Hutton & Company, Inc., Michael P. Castellano, Edward C. Cazier, William L. Clayton, Charles E. Crary, Gordon B. Crary, Jr., Peter M. Detwiler, Herbert A.P. Doree, Norman M. Epstein, Robert M. Fomon, Robert D. Hawkey, David T. Johnson, John Latshaw, Warren A. Law, Richard S. Locke, W. James Lopp, II, Thomas P. Lynch, Jerome H. Miller, Scott Pierce, Thomas W. Rae, Dina Merrill, Thomas B. Stiles, II, Peter V Ueberroth, W. Robert Wigley, Jr., Robert E. Witt (rh) |
| 85/06/03 | | APPEARANCE: STEPHEN D. OESTREICH, ESQ. for Karl and Lillian Zuckerman, etc. (cds) |
| 85/06/06 | 2 | RESPONSE -- Pltfs. Harold L. Hancock, Lillian Zuckerman, Chaim Mandelbaum w/cert. of svc. (ds) |
| 85/06/07 | 3 | RESPONSE/MEMORANDUM -- Melville A. Carty w/cert. of svc. (ds) |
| 85/06/07 | 4 | BRIEF -- pltfs. DePalma, Strongo, Richards and Silverberg w/cert. of svc. (ds) |
| 85/06/07 | 5 | RESPONSE -- George M.D. Richards, et al. w/cert. of svc. |
| 85/06/10 | | HEARING ORDER -- setting motion for transfer for Panel hearing on July 11, 1985 in Boston, Massachusetts (emh) |
| 85/06/12 | | APPEARANCE -- ARTHUR N. ABBEY, ESQ. for Harold L. Hancock (ds) |
| 85/06/14 | 6 | REQUEST FOR EXTENSION OF TIME -- E.F. Hutton Group, Inc. and E.F. Hutton & Co., Inc. -- GRANTED to and including June 19, 1985 -- Notified involved counsel. (ds) |
| 85/06/20 | 7 | REPLY MEMORANDUM -- E.F. Hutton Group, Inc. and E.F. Hutton & Co., Inc. w/exhibits A thru C and cert. of svc. (ds) |

JPML FORM 1A

p. 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 649 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/07/10 | | HEARING APPEARANCES: JOHN R. VAUGHN for E.F. Hutton & Co., Inc., and The E.F. Hutton Group, Inc., STANLEY M. GROSSMAN, ESQ. for Chaim Mandelbaum, RICHARD D. GREENFIELD, ESQ. for Melville A. Carty and CURTIS V. TRINKO, ESQ. for George M. D. Richards, et al. (rh) |
| 85/07/10 | | WAIVER OR ORAL ARGUMENT: Harold L. Hancock, Robert Strougo and Karl Zuckerman, et al. (rh) |
| 85/08/26 | 8 | NOTICE OF RELATED ACTIONS -- Scott A. Brainerd v. E.F. Hutton Group, Inc., et al., N.D. Illinois, C.A. No. 85-C-06741 and Bernard Weber v. E.F. Hutton & Co., Inc., et al., S.D. New York, C.A. No. 85-Civ-5769 -- letter signed by Jeanne F. Philips -- dated 8/9/85. (ds) |
| 85/09/24 | | CONSENT TO TRANSFEREE COURT -- for transfer of litigation to S.D. New York to the Hon. Whitman Knapp for transfer of litigation to pursuant to 28 U.S.C. §1407 (rh) |
| 85/09/24 | | TRANSFER ORDER -- transferring A-1 - A-8 to the S.D. New York pursuant to 28 U.S.C. §1407. Notified involved counsel, misc. recipients, clerks and judges (rh) |
| 85/10/04 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-9 Edward Gaugler, et al. v. E.F. Hutton & Co., Inc., E.D. Pa., 85-4159; B-10 Herbert Silverberg v. E.F. Hutton Group, Inc., et al., M.D. Pa., CV-85-0773; B-11 Falik Kohos v. Thomas Lynch, et al., M.D. Pa., CV-85-0851 -- Notified involved counsel and judge (rh) |
| 85/10/22 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-9 Gaugler, et al. v. E.F. Hutton & Co., Inc., E.D. Pa., #85-4159; B-10 Silverberg v. E.F. Hutton Group, Inc., et al., M.D. Pa., #CV-85-0773; and B-11 Kohos v. Thomas Lynch, et al., M.D. Pa., #CV-85-0851 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 85/11/06 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-12 Scott A. Brainerd, etc. v. E.F. Hutton & Co., Inc., et al., N.D. Illinois, C.A. No. 85-6741 -- Notified involved counsel and judges. (ds) |

649    IN RE E.F. HUTTON BANKING PRACTICES LITIGATION

| | | |
|---|---|---|
| 85/11/22 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-12 Scott A. Brainerd, etc. v. E.F. Hutton & Co., Inc., et al., N.D. Illinois, C.A. No. 85-6741 -- Notified involved judges and clerks (rh) |
| 86/02/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-14 Sydney S. Shine v. E.F. Hutton Group, Inc., et al., N.D. Georgia, C.A. No. C-86-94A -- NOTIFIED INVOLVED COUNSEL AND JUDGES. (paa) |
| 86/03/11 | | APPEARANCE: WILLIAM F. CLARK, ESQ. for Sydney S. Shine. (paa) |
| 86/03/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-14 Sydney S. Shine v. E.F. Hutton Group, Inc., et al., N.D. Georgia, C.A. No. C-86-94-A -- NOTIFIED INVOLVED CLERKS & JUDGES. (paa) |
| 86/04/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-15 Roy A. Elkins, v. E.F. Hutton Group, Inc., et al., N.D. Alabama, C.A. No. CV-86-HM-5196-NE -- NOTIFIED INVOLVED JUDGES AND COUNSEL. (paa) |
| 86/05/13 | 9 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-15 Roy A. Elkins, v. E.F. Hutton Group, Inc., et al. N.D. Alabama, C.A. No. CV-86-HM-519-NE w/affidavit, exhibit A and cert. of svc. (tmq) |
| 86/05/28 | 10 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- B-15 Roy A. Elkins v. E.F. Hutton Group, Inc., et al., N.D. Ala., #CV-86-HM-519-NE -- w/cert. of service (cds) |
| 86/06/13 | 11 | RESPONSE -- (to pldg. #10) E.F. Hutton Group, Inc. and E.F. Hutton & Company, Inc. -- w/cert. of svc. (rh) |
| 86/06/20 | | HEARING ORDER -- Setting opposition of plaintiff Roy A. Elkins to transfer of B-15. Notified involved counsel, clerks and judges (tmq)  7/24/86, Buffalo, New York. |
| 86/07/22 | | ALL WAIVE ORAL ARGUMENT -- (hearing for July 24, 1986) (rh) |
| 86/08/06 | | TRANSFER ORDER -- transferring B-15 Roy A. Elkins v. E.F. Hutton Group, Inc., et al., N.D. Alabama, #CV-86-HM-5196NE -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 649 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re E.F. Hutton Banking Practices Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 11, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Sept. 24, 1985 | TO | unpublished | S.D. New York 208 | Hon. Whitman Knapp | |

### Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 649 -- In re E.F. Hutton Banking Practices Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Chaim Mandelbaum v. E.F. Hutton & Co., Inc., et al. | N.Y.,S. Keenan | 85-Civ-3453 | | | 3/6/88D | |
| A-2 | Harold L. Hancock v. E.F. Hutton Group, Inc., et al. | N.Y.,S. Sofaer | 85-Civ-3411 | | | 3/6/88D | |
| A-3 | Karl & Lillian Zuckerman, etc. v. E.F. Hutton Group, Inc., et al. | N.Y.,S. Owens | 85-Civ-3450 | | | 3/6/88 | |
| A-4 | Robert Strougo v. Robert Fomon, et al. | N.Y.,S. Sofaer | 85-Civ-3745 | | | 6/15/87D | |
| A-5 | Melville A. Carty v. E.F. Hutton Group, Inc., et al. | Pa.,M. Nealon | CV-85-0640 | 9-24-85 | 85 8341 | 5/23/86D | |
| A-6 | Irwin Walkenfeld v. E.F. Hutton Group, Inc., et al. | Pa.,M. Nealon | CV-85-0642 | 9-24-85 | 85 8343 | 3/8/88D | |
| A-7 | Fred DePalma v. Thomas Lynch, et al. | Pa.,M. Nealon | CV-85-0634 | 9-24-85 | 85 8344 | 12/27/85D dismissed | |
| A-8 | George M.D. Richards, et al. v. Robert Fomon, et al. | Pa.,M. Nealon | CV-85-0633 | 9-24-85 | 85 8347 | 6/15/87D | |

DOCKET NO. 649 -- In re E.F. Hutton Banking Practices Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-9 | Edward Gaugler, et al. v. E.F. Hutton & Co., Inc. 10-4-85 | E.D.Pa. Giles | 85-4159 | 10/22/85 | 85-9206 | 1/9/87 D | |
| B-10 | Herbert Silverberg v. E.F. Hutton Group, Inc., et al. 10-4-85 | M.D.Pa. Nealon | CV-85-0773 | 10/22/85 | 85-9207 | 6/15/87 D | |
| B-11 | Falik Kohos v. Thomas Lynch, et al. 10-4-85 | M.D.Pa. Nealon | CV-85-0851 | 10/22/85 | 85-9208 | 6/15/87 D | |
| B-12 | Scott A. Brainerd, et al. v. E.F. Hutton & Co., Inc., et al 11/6/85 | N.D.Ill. Holderman | 85-6741 | 11-22-85 | 85-9609 | 2/8/88 D | |
| XYZ-13 | Bernard Weber v. E. F. Hutton & Co., Inc., et al. | S.D.N.Y. | 85-5769-WK | | | 3/5/86 D | |
| B-14 | Sydney S. Shine v. E. F. Hutton Group, Inc., et al. | N.D.Ga. Vining | C-86-94-A | 3/14/86 | 86-2549 | 5/8/91 | |
| B-15 | July 1986 - 9 TR/5 XYZ/14 Adj. Roy A. Elkins, v. E. F. Hutton Group Inc., et al. 4/25/86 opposed 5/12/86 | N.D.ALA. Haltom | CV-86-HM-5196NE | 8/6/86 | 86 CW 6263 | dismissed 11/1/89 D | |

July 1987 - 1 TR/15 Pending

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XYZ-16 | Arvid T. Johnson, etc. v. Robert Fonon, et al. | S.D.N.Y. | 85 Civ 6800 | --- | --- | 6/15/87 D | |

July 1988 - 1 XYZ/10 Dis/6 Pdg.
July 1989 - 3 Dis/3 Pending
July 1990 - 2 Dis/1 Pending
July 1991 - [illegible] Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 649 -- In re E.F. Hutton Banking Practices Litigation

---

CHAIM MANDELBAUM (A-1)
Stanley M. Grossman, Esquire
Pomerantz, Levy, Haudek,
Block & Grossman
295 Madison Avenue
New York, New York   10017

HAROLD L. HANCOCK (A-2)
Arthur N. Abbey, Esquire
Abbey & Ellis
212 East 39th Street
New York, New York   10016

KARL & LILLIAN ZUCKERMAN, ETC. (A-3)
Stephen D. Oestreich, Esq.
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue
New York, New York   10022

ROBERT STROUGO (A-4)
Glen DeVarlerio, Esquire
Berman, DeValerio & Pease
One Liberty Square
Boston, Massachusetts   02109

MELVILLE A. CARTY (A-5)
Richard D. Greenfield, Esquire
Greenfield & Chimicles
One Haverford Centre
361 West Lancaster Avenue
P.O. Box 100
Haverford, PA   19041-0100

IRWIN WALKENFELD (A-6)
Bertram Bronzaft, Esquire
Garwin, Bronzaft & Gerstein
1501 Broadway
New York, New York   10036

FRED DEPALMA (A-7)
Sherrie R. Savett, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA   19103

GEORGE M.D. RICHARDS, ET AL. (A-8)
Martin H. Philip, Esquire
Martin H. Phillip Associates, P.C.
252 Delaware Avenue
P.O. Box 195
Palmerton, PA   18071-0195

E.F. HUTTON GROUP, INC.
E.F. HUTTON & COMPANY, INC.
MICHAEL P. CASTELLANO
EDWARD C. CAZIER
WILLIAM L. CLAYTON
CHARLES E. CRARY
GORDON B. CRARY, JR.
PETER M. DETWILER
HERBERT A.P. DOREE
NORMAN M. EPSTEIN
ROBERT M. FOMON
ROBERT D. HAWKEY
DAVID T. JOHNSTON
JOHN LATSHAW
WARREN  A. LAW
RICHARD S. LOCKE
W. JAMES LOPP, II
THOMAS P. LYNCH
(Continued on p. 2)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 649 --

| | |
|---|---|
| JEROME H. MILLER<br>SCOTT PIERCE<br>THOMAS W. RAE<br>NEDIA H. ROBERTSON<br>THOMAS B. STILES, II<br>PETER V. UEBERROTH<br>W. ROBERT WIGLEY, JR.<br>ROBERT E. WITT<br>Thomas F. Curnin, Esquire<br>Cahill, Gordon & Reindel<br>80 Pine Street<br>New York, New York  10005<br><br>EDWARD GAUGLER, ET AL. (B-9)<br>Steven M. Kramer, Esq.<br>The Warwick, Suite 409<br>17th & Locust Streets<br>Philadelphia, PA  19103<br><br>HERBERT SILVERBERG (B-10)<br>FALIK KOHOS (B-11)<br><br>THOMAS J. FOLEY, JR., ESQUIRE<br>Linden Plaza<br>600 Linden Street<br>P.O. Box 1108<br>Scranton, PA  18501-1108<br><br>~~New York, New York  10017~~<br><br>SCOTT A. BRAINERD, ET AL  B-12<br>KENNETH I. MARKHAM, ESQUIRE<br>53 WEST JACKSON<br>SUITE 915<br>CHICAGO, ILLINOIS 60604<br>GEORGE L. BALL, (B-12)<br>Patricia Farren, Esquire<br>Cahill, Gordon & Reindel<br>Eighty Pine Street<br>New York, New York  10005<br><br>SYDNEY S. SHINE         B-14<br>William F. Clark, Esquire<br>Frankel, Hardwick, Tenenbaum,<br>Fink & Clark, P.C.<br>359 E. Paces Ferry Road, Ste. 400<br>Atlanta, Georgia  30305 | ROY A. ELKINS,    (B-15)<br>Don T. Terrell, Esquire<br>2322 Country Club Avenue<br>Huntsville, Alabama  35805 |

JPML FORM 3                                              p. _1_

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 649 -- In re E.F. Hutton Banking Practices Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| E.F. Hutton & Co., Inc. | A-1 - 6  A-8, B-9 - B-12, B-14; B-15 |
| E.F. Hutton Group, Inc. et al. | A-1 - A-8, B-10, B-11, - B-12, B-14; B-15; |
| Robert M. Fomon | A-3 A-4 6 7 8, B-10, B-11; B-15; |
| Thomas P. Lynch | A-3 A-4 6 7 8, B-10, B-11; B-15 |
| Michael P. Castellano | A-3 - A-4 6 - B-15 |
| P.M. Detweiler | A-7 8, B-10, B-11; B-15; |
| W.R. Wigley, Jr. | A-7 8, B-10, B-11; B-15; |
| E.C. Cazier, Jr. | A-7 A-8, B-10, B-11; B-15; |
| C.E. Crary | A-7 A-8, B-10, B-11 - B-15; |
| T.B. Stiles, II | A-7 8, B-10, B-11; B-15 |
| G.G. Crary, Jr. | A-7 A-8, B-10, B-11; B-15; |

p. 2

| | |
|---|---|
| John Latshaw | A-7, 8, B-10, B-11; B-15; |
| W.L. Clayton | A-7 8, B-10, B-11; B-15; |
| R.E. Witt | A-7 8, B-10, B-11; B-15; |
| H.A.P. Doree | A-7 8, B-10, B-11; B-15; |
| N.M. Epstein | A-7, 8, B-10, B-11; B-15; |
| R.D. Hawkey | A-7 8, B-10, B-11; B-15; |
| D.T. Johnson | A-7 8, B-10, B-11; B-15; |
| T.W. Rae | A-7 8, B-10, B-11; B-15; |
| W.A. Law | A-7 A-8, B-10, B-11; B-15; |
| Nedenia H. Robertson | A-7 A-8, B-10, B-11; B-15; |
| R.S. Locke | A-7 8, B-10, B-11; B-15; |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 649 -- In re E.F. Hutton Banking Practices Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| W.J. Loop, II (Loop?) | A-7, B-10, B-11; B-15 |
| J.H. Miller | A-8, B-10, B-11; B-15; |
| Scott Pierce | A-7, B-10, B-11; B-15; |
| Peter V. Ueberroth | A-8; B-15; |
| George L. Ball | B-12 |
| | |
| | |
| | |
| | |
| | |
| | |